■ In the Matter of the Arbitration between SENTRY INSURANCE COMPANY, Appellant, and SIMON AMSEL et al., Respondents.— Order of the Supreme Court, Kings County, dated April 6, 1973, affirmed, with $20 costs and disbursements, on constraint of *Matter of Askey* (*General Acc. Fire & Life Assur. Corp.*) (30 A D 2d 632, affd. 24 N Y 2d 937). Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.